# IN THE SUPREME COURT OF MISSISSIPPI

## NO. 2010-DP-01348-SCT

*CURTIS GIOVANNI FLOWERS a/k/a CURTIS
FLOWERS a/k/a CURTIS G. FLOWERS*

*v.*

*STATE OF MISSISSIPPI*

| | |
|---|---|
| DATE OF JUDGMENT: | 06/19/2010 |
| TRIAL JUDGE: | HON. JOSEPH H. LOPER, JR. |
| TRIAL COURT ATTORNEYS: | ALISON R. STEINER |
| | ANDRE de GRUY |
| | RAY CHARLES CARTER |
| | DOUG EVANS |
| | CLYDE HILL |
| COURT FROM WHICH APPEALED: | MONTGOMERY COUNTY CIRCUIT COURT |
| ATTORNEYS FOR APPELLANT: | OFFICE OF STATE PUBLIC DEFENDER |
| | BY: ALISON R. STEINER |
| | SHERI LYNN JOHNSON |
| | KEIR M. WEYBLE |
| ATTORNEYS FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL |
| | BY: MELANIE THOMAS |
| | CAMERON BENTON |
| | BRAD SMITH |
| | JASON L. DAVIS |
| DISTRICT ATTORNEY: | DOUG EVANS |
| NATURE OF THE CASE: | CRIMINAL - DEATH PENALTY - DIRECT APPEAL |
| DISPOSITION: | REVERSED AND REMANDED - 08/29/2019 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

**EN BANC.**

**COLEMAN, JUSTICE, FOR THE COURT:**

¶1.     On June 21, 2019, the Supreme Court of the United States reversed this Court's judgment in *Flowers v. State*, 240 So. 3d 1082 (Miss. 2017), and remanded the case to this Court for further proceedings not inconsistent with its opinion. *Flowers v. Mississippi*, 139 S. Ct. 2228, 2235 (2019). In accordance with the Supreme Court's opinion, we reverse the circuit court's judgment of conviction and sentence and remand the case to the circuit court for a new trial consistent with the Supreme Court's opinion.

¶2.     **REVERSED AND REMANDED.**

**RANDOLPH, C.J., KITCHENS AND KING, P.JJ., MAXWELL, BEAM, CHAMBERLIN, ISHEE AND GRIFFIS, JJ., CONCUR.**